IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRITO JEAN-JACQUES,

    Plaintiff,

v.                                                                     4:22cv083–WS/MAF

BLACKWATER CORRECTIONAL
FACILITY, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed May 9, 2022. The magistrate judge recommends that Plaintiff's second amended complaint be dismissed as a shotgun pleading, for misjoinder, for failure to state a claim upon which relief may be granted, and as otherwise barred pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's second amended complaint is hereby DISMISSED, without leave to further amend, as a shotgun pleading, for misjoinder, for failure to state a claim upon which relief may be granted, and as otherwise barred pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The clerk shall close the case.

DONE AND ORDERED this ___17th___ day of ___June___, 2022.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE